IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOVETTA ALEXANDER                                              PLAINTIFF

v.                          No. 5:12-cv-187-DPM

UNITED PARCEL SERVICE INC.                                     DEFENDANT

JUDGMENT

Alexander's complaint is dismissed with prejudice

*[signature]*

D.P. Marshall Jr.
United States District Judge

3 December 2013